FILED
HARRISBURG, PA

JUL 09 2025

PER _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 1:25-CR-182 |
| v. | : | (Judge Neary) |
| BRYAN R. CHAPMAN,<br>　　　　Defendant. | : | (Electronically Filed) |

## P R A E C I P E

TO THE CLERK OF COURTS:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address: Thomas A. Thornton, Esquire, 100 Chestnut Street, Suite 306, Harrisburg, PA 17101.

Respectfully submitted,

JOHN C. GURGANUS
Acting United States Attorney

Dated: July 8, 2025

/s/ Michael A. Consiglio
Michael A. Consiglio
PA 76103
Assistant United States Attorney
1501 N. 6th Street, Box 202
Harrisburg, PA   17102
Tel: (717) 221-4482
michael.consiglio@usdoj.gov